Judge Timothy W. Dore
Chapter 11

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re<br><br>Brett S. Roberts and Britt G. Roberts,<br><br>          Debtors. | NO. 21-10092<br><br>NOTICE OF APPEARANCE OF STATE OF WASHINGTON DEPARTMENT OF REVENUE AND REQUEST FOR SERVICE OF PAPERS |

TO: Clerk of the above-entitled court
   U.S. Trustee's Office
   Thomas Neeleman
   All Other Parties in Interest

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the State of Washington Department of Revenue appears in this action by the undersigned attorney and requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address:

Dina Yunker
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone: (206) 389-2198
Fax: (206) 587-5150
Email: bcuyunker@atg.wa.gov

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 21-10092-TWD Doc 76 Filed 04/07/21 Ent. 04/07/21 16:52:28 Pg. 1 of 2

Notice of all such documents and pleadings should also be made to each agency of the State of Washington that files a proof of claim herein.

**The Department of Revenue further requests that the above address be added to the court's master mailing matrix.**

This document is a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statutes.

DATED this 6th day of April, 2021.

ROBERT W. FERGUSON
Attorney General

/s/ *Dina L. Yunker*

DINA L. YUNKER, WSBA No. 16889
Assistant Attorney General
Bankruptcy & Collections Unit

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 21-10092-TWD    Doc 76    Filed 04/07/21    Ent. 04/07/21 16:52:28    Pg. 2 of 2