Entered on Docket May 10, 2021

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>BRETT & BRITT ROBERTS<br><br><br>Debtor. | Case No. 21-10092<br><br>ORDER RE: EX PARTE APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT |

THIS MATTER having come before the Court, ex parte, upon Debtors' Application for Order Authorizing Employment of Accountant, the Court being fully advised in the premises and good cause appearing, it is hereby ORDERED as follows:

1. That the Debtors' application is granted.

2. That Laura Raynes Walker, EA is authorized to serve as the accountant for the Debtors.

///END OF ORDER///

Submitted by:
*/s/ Thomas D. Neeleman*
Thomas D. Neeleman
WSBA No. 33980

Order Authorizing Employment of Neeleman Law Group — Page 1 of 1

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 25.212.4802

**Neeleman Law Group**

Case 21-10092-TWD   Doc 104   Filed 05/10/21   Ent. 05/10/21 14:41:31   Pg. 1 of 1