IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>BRETT & BRITT ROBERTS,<br><br>           Debtors. | Case No. 21-10092<br><br>ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL |

THIS MATTER having come before the Court, upon Debtors' Application for Order Authorizing Employment of Special Counsel for debtors, the Court being fully advised in the premises and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the Debtors' application is granted.
2. That Hans Juhl and the law firm of Ryan, Swanson, and Cleveland are authorized to serve as special counsel to prosecute affirmative defenses and the counterclaim of the Debtors.

//END OF ORDER//

Motion to Appoint Special Counsel

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

Submitted by:

*/s/ Thomas D. Neeleman*
Thomas D. Neeleman
WSBA # 33980
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone (425) 212-4800

Motion to Appoint Special Counsel

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

Case 21-10092-TWD    Doc 106    Filed 05/12/21    Ent. 05/12/21 23:59:02    Pg. 2 of 2