# Monthly Projected Cash Flow

## July, 2021 - June, 2026

### Brett S Roberts & Britt G Roberts

| | | June '21 - Dec '21 | Jan '22 - Dec '22 | Jan '23 - Dec '23 | Jan '24 - Dec '24 | Jan '25 - Dec '25 | Jan '26 - June '26 |
|---|---|---|---|---|---|---|---|
| Income: | | | | | | | |
|   Brett S Roberts | | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 |
|   Britt G Roberts | | $ 4,907.00 | $ 4,907.00 | $ 4,907.00 | $ 4,907.00 | $ 4,907.00 | $ 4,907.00 |
| **Total Income** | 1 | **$ 11,907.00** | **$ 11,907.00** | **$ 11,907.00** | **$ 11,907.00** | **$ 11,907.00** | **$ 11,907.00** |
| Living Expenses: | | | | | | | |
|   House Payment - 1st | | $ 2,933.00 | $ 2,933.00 | $ 2,933.00 | $ 2,933.00 | $ 2,933.00 | $ 2,933.00 |
|   HOA | | $ 32.00 | $ 32.00 | $ 32.00 | $ 32.00 | $ 32.00 | $ 32.00 |
|   Home Maintenance, Repairs and Upkeep | | $ 205.00 | $ 205.00 | $ 205.00 | $ 205.00 | $ 205.00 | $ 205.00 |
|   Utilities & Telephone | | $ 1,282.00 | $ 1,282.00 | $ 1,282.00 | $ 1,282.00 | $ 1,282.00 | $ 1,282.00 |
|   Food & Housekeeping Supplies | 2 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
|   Childcare and Childrens Education | | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
|   Clothing Laundry & Dry Cleaning | | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
|   Personal Care Products & Services | | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 |
|   Medical & Dental Expenses (HSA Contribution) | | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
|   Transportation | | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 |
|   Entertainment | | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 |
|   Estimated Self Employment Tax | | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 |
|   Vehicle Insurance | | $ 375.00 | $ 375.00 | $ 375.00 | $ 375.00 | $ 375.00 | $ 375.00 |
|   Incidentals | | $ 31.00 | $ 31.00 | $ 31.00 | $ 31.00 | $ 31.00 | $ 31.00 |
|   Professional Fees | 3 | $ 84.00 | $ 84.00 | $ 84.00 | $ 84.00 | $ 84.00 | $ 84.00 |
| *Subtotal Living Expenses* | | *$ 8,142.00* | *$ 8,142.00* | *$ 8,142.00* | *$ 8,142.00* | *$ 8,142.00* | *$ 8,142.00* |
| Plan Payments: | | | | | | | |
|   Class 2 - Alaska USA FCU | | $ 270.00 | $ 270.00 | $ 270.00 | $ 270.00 | $ 270.00 | $ 270.00 |
|   Class 3 - Alaska USA FCU | | $ 86.00 | $ 86.00 | $ 86.00 | $ 86.00 | $ 86.00 | $ 86.00 |
|   Class 5 - Bank of America | | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 |
|   Class 6 - Sno Falls CU | | $ 1,305.00 | $ 1,305.00 | $ 1,305.00 | $ 1,305.00 | $ 1,305.00 | $ 1,305.00 |
|   Class 7 General Unsecured Claims | | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| *Subtotal Plan Payments* | | *$ 3,765.00* | *$ 3,765.00* | *$ 3,765.00* | *$ 3,765.00* | *$ 3,765.00* | *$ 3,765.00* |
| **Total Outlfow** | | **$ 11,907.00** | **$ 11,907.00** | **$ 11,907.00** | **$ 11,907.00** | **$ 11,907.00** | **$ 11,907.00** |
| | | | | | | | |
| **Net Projected Cash Inflow (Outflow)** | | $ - | $ - | $ - | $ - | $ - | $ - |

**1.** Debtors anticipate that total income will remain constant throughout the 5 year Plan term.
**2** Household size of 4 with two children ages, 12 and 14
**3.** Monthly average cost of tax preparation estimated to be approximately $1,000.00 yearly.