# Exhibit - Liquidation Analysis

*Plan Proponent's Estimated Liquidation Value of Assets*

| | | |
|---|---|---:|
| **Assets** | | |
| a. Home & Real Property | $ | 600,000.00 |
| b. Vacant Land | $ | 110,000.00 |
| c. Vehicles | $ | 65,372.00 |
| d. Sports & Hobby equipment | $ | 3,000.00 |
| e. 2nd Street Project, LLC | $ | 183,115.00 |
| f. 50% Equity in Built NW, LLC | $ | 75,000.00 |
| g. Bank Accounts | $ | 6,893.37 |
| **Total Assets at Liquidation Value** | **$** | **1,043,380.37** |
| Less Total Exempt Value | $ | (134,300.00) |
| *Subtotal:* | $ | 909,080.37 |
| Less Cost of Sale (COS) @ 10% of A - D | $ | (77,837.20) |
| Less Lien Value | $ | (501,545.08) |
| Ch. 7 Trustee Fee @ 25% of COS on subtotal (up to $5,000) | $ | (1,250.00) |
| Ch. 7 Trustee Fee @ 10% of COS on subtotal ($5,000 - $50,000) | $ | (4,500.00) |
| Ch. 7 Trustee Fee @ 5% of COS on subtotal (> $50,000) | $ | (42,954.02) |
| ***Liquidation Amount to be Paid to Priority and Non-Priority Claims*** | **$** | **280,994.07** |