**Fill in this information to identify the case:**

Debtor Name   Brett & Britt Roberts

United States Bankruptcy Court for the: Western District of Washington

Case number:   21-10092

☐ Check if this is an
   amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          May 2021

Line of business:   Construction

Date report filed:   07/02/2021
                     MM / DD / YYYY

NAISC code:          236115

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                        Brett Roberts

Original signature of responsible party   /s/ Brett Roberts

Printed name of responsible party         Brett Roberts

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☑ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 3,840.35

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 13,035.39

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 12,905.96

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 129.43

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 3,969.78

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $Unknown

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                      $ _____0.00_

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                  _____0_

27. What is the number of employees as of the date of this monthly report?                     _____0_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $ _____0.00_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_

30. How much have you paid this month in other professional fees?                                         $ _____0.00_

31. How much have you paid in total other professional fees since filing the case?                        $ _____0.00_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **–** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 11,907.00 | – | $ 13,035.39 | = | $ -1,128.39 |
| 33. **Cash disbursements** | $ 8,142.00 | – | $ 12,905.96 | = | $ -4,763.96 |
| 34. **Net cash flow** | $ 3,765.00 | – | $ 129.43 | = | $ 3,635.57 |

35. Total projected cash receipts for the next month:                                      $ 11,907.00

36. Total projected cash disbursements for the next month:                              – $ 8,142.00

37. Total projected net cash flow for the next month:                                    = $ 3,765.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

EXHIBIT A:

Debtors' accountant is in the process of preparing the 2020 tax return.

EXHIBIT C:

| DATE | SOURCE | AMOUNT |
|------|--------|--------|
| 5/5/2021 | Kelly Garwood DDS- Britt payroll | $398.08 |
| 5/7/2021 | Creekside Dental- Britt payroll | $1,253.80 |
| 5/12/2021 | M&R Services Co. (sale of logs) | $1,856.75 |
| 5/14/2021 | Creekside Dental-Britt payroll | $1,207.40 |
| 5/17/2021 | Interest Payment | $0.04 |
| 5/17/2021 | Interest Payment | $0.04 |
| 5/17/2021 | Built NW - Brett Pay | $3,500.00 |
| 5/19/2021 | Kelly Garwood DDS- Britt payroll | $254.72 |
| 5/21/2021 | Creekside Dental - Britt Payroll | $1,278.21 |
| 5/28/2021 | Creekside Dental - Britt Payroll | $1,333.85 |
| 5/28/2021 | M&R Services Co. (sale of logs) | $1,952.50 |
|  |  | $13,035.39 |

# Exhibit D

| Date | Payee | Type | Amount |
|------|-------|------|--------|
| 5/3/2021 | Playstation network | recreation | $ 4.99 |
| 5/3/2021 | QFC | groceries | $ 47.35 |
| 5/3/2021 | ISC Gunners | recreation | $ 25.00 |
| 5/3/2021 | North Bend Bar and grill | food | $ 32.14 |
| 5/3/2021 | Ace Hardware | home maintenance | $ 151.49 |
| 5/3/2021 | Easy Stop | gasoline | $ 49.54 |
| 5/4/2021 | Shell | gas/convenience | $ 7.83 |
| 5/4/2021 | Chevron | gas/convenience | $ 15.54 |
| 5/4/2021 | Audible Amazon | utilities | $ 16.30 |
| 5/4/2021 | Amazon marketplace | utilities | $ 27.10 |
| 5/5/2021 | check to Brett Roberts | 2nd Street HOA | $ 100.00 |
| 5/5/2021 | Scott's Dairy freeze | food | $ 73.92 |
| 5/6/2021 | Easy Stop | gasoline | $ 44.00 |
| 5/6/2021 | Playstation network | recreation | $ 4.99 |
| 5/6/2021 | Playstation network | recreation | $ 3.99 |
| 5/6/2021 | Pour House Bar and Grill | food | $ 8.00 |
| 5/7/2021 | ATM withdrawal | cash | $ 280.00 |
| 5/7/2021 | Verizon | cell phone bill | $ 327.57 |
| 5/7/2021 | Apple.com | recreation | $ 5.44 |
| 5/10/2021 | check | Wheatland bank- Pateros, WA land payment | $ 357.53 |
| 5/10/2021 | Papa Murphys Pizza | food | $ 56.49 |
| 5/11/2021 | North Bend Bar and Grill | food | $ 132.53 |
| 5/11/2021 | playstation network | recreation | $ 9.99 |
| 5/12/2021 | Easy Stop | gasoline | $ 48.74 |
| 5/12/2021 | Apple.com | recreation | $ 6.53 |
| 5/13/2021 | ISC Gunners | recreation | $ 1,000.00 |
| 5/13/2021 | Amazon prime | utilities | $ 14.12 |
| 5/14/2021 | ISC Gunners | recreation | $ 61.80 |
| 5/17/2021 | Venmo payment to Mike Wilkerson | half of log sales | $ 928.37 |
| 5/17/2021 | Bartell Drugs purchase | cosmetics/medicine/toiletries | $ 44.47 |
| 5/17/2021 | The Home Depot | home maintenance | $ 30.45 |
| 5/17/2021 | Netflix | entertainment | $ 19.61 |
| 5/17/2021 | Apple.com | recreation | $ 3.25 |
| 5/17/2021 | SNVYSA | recreation | $ 20.00 |
| 5/17/2021 | Photography by Joy | school photos | $ 49.00 |
| 5/18/2021 | QFC | groceries | $ 16.26 |
| 5/18/2021 | Shell | gasoline | $ 85.00 |
| 5/18/2021 | check | Banner Bank home mortgage | $ 3,000.00 |
| 5/18/2021 | South Fork General Store | groceries | $ 28.89 |
| 5/19/2021 | Prime video | entertainment | $ 5.44 |
| 5/19/2021 | Teriyaki Town | food | $ 72.59 |
| 5/19/2021 | Easy Stop | gasoline | $ 43.88 |
| 5/19/2021 | Mount Si Golf Course | entertainment | $ 8.50 |
| 5/19/2021 | Starbucks | food | $ 3.76 |
| 5/19/2021 | South Fork General Store | groceries | $ 12.82 |
| 5/20/2021 | NBG LLC North Bend | | $ 26.46 |
| 5/20/2021 | Robinhood funds | misc | $ 200.00 |
| 5/20/2021 | QFC | groceries | $ 5.00 |
| 5/20/2021 | Apple.com | recreation | $ 16.34 |
| 5/20/2021 | Meadowbrook Urgent Care | medical | $ 187.85 |
| 5/21/2021 | check Kinsale Insurance | deductible for construction litigation | $ 2,000.00 |

# *Exhibit D*

| Date | Payee | Type | Amount |
|------|-------|------|-------:|
| 5/21/2021 | Starbucks | food | $ 6.70 |
| 5/21/2021 | Sephora | personal care items | $ 84.26 |
| 5/24/2021 | QFC | groceries | $ 3.69 |
| 5/24/2021 | Easy Stop | gasoline | $ 45.15 |
| 5/24/2021 | Uber | travel | $ 61.77 |
| 5/24/2021 | Safeway | groceries | $ 107.19 |
| 5/24/2021 | Safeway | groceries | $ 136.51 |
| 5/24/2021 | Jersey Mike's | food | $ 14.38 |
| 5/24/2021 | Ace Hardware | home maintenance | $ 83.34 |
| 5/25/2021 | NBG LLC North Bend | | $ 10.69 |
| 5/25/2021 | PSE | electric bill | $ 152.88 |
| 5/25/2021 | SNVYSA | recreation | $ 260.00 |
| 5/26/2021 | Scott's dairy freeze | misc | $ 70.74 |
| 5/26/2021 | Apple.com | recreation | $ 2.99 |
| 5/26/2021 | Apple.com | recreation | $ 1.08 |
| 5/26/2021 | Amazon order | misc | $ 11.25 |
| 5/27/2021 | Playstation network | recreation | $ 10.89 |
| 5/27/2021 | FEMA NFIP Flood Insurance | 2nd Street Project | $ 874.00 |
| 5/28/2021 | HULU | entertainment | $ 6.59 |
| 5/28/2021 | FEMA NFIP Flood Insurance | 2nd Street | $ 1,241.00 |
| | **Total:** | | **$ 12,905.96** |

EXHIBIT E:

Debtor's business currently owes state taxes to the Department of Revenue. The business is working on a payment plan and it is unknown as to the amount owed by the Debtors.



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

April 16, 2021 through May 17, 2021
Primary Account: 6603



00068029 DRE 702 219 13821 NNNNNNNNNNN  1 000000000 11 0000

BRETT S ROBERTS
BRITT G ROBERTS
PO BOX 499
NORTH BEND WA 98045

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

**We're increasing the Legal Processing Fee**

On July 18, we're increasing the legal processing fee to be up to $100.  This is the fee that we can charge to your account if we need to manage a legal process related to you or your account that appears to have the force of law behind it, including the processing of garnishments, tax levies, or other court or administrative orders.

If you have questions please call the number at the top of this statement.  We accept operator relay calls.

**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. As a reminder, overdraft services are not available for Chase Secure Checking$^{SM}$ or Chase First Checking$^{SM}$. Standard Overdraft Practice and Chase Debit Card Coverage$^{SM}$ are not available for Chase High School Checking$^{SM}$.

If you have questions, please visit chase.com/overdraft or call us at the number on your statement. We accept operator relay calls.

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
| --- | --- | --- | --- |
| Chase Premier Checking | 6603 | $8,292.65 | $7,132.66 |
| Chase Plus Savings | 0913 | 5,157.00 | 882.04 |
| **Total** | | **$13,449.65** | **$8,014.70** |

| | | | |
| --- | --- | --- | --- |
| **TOTAL  ASSETS** | | **$13,449.65** | **$8,014.70** |

# CHASE ◯

## CHASE PREMIER CHECKING

BRETT S ROBERTS

BRITT G ROBERTS

Account Number: 6603

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$8,292.65** |
| Deposits and Additions | 18,989.30 |
| Checks Paid | -3,457.53 |
| ATM & Debit Card Withdrawals | -7,882.33 |
| Electronic Withdrawals | -3,109.43 |
| Other Withdrawals | -5,700.00 |
| **Ending Balance** | **$7,132.66** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.04 |
| Interest Paid Year-to-Date | $0.28 |

Your account ending in 0913 is linked to this account for overdraft protection.

Good news! Your Chase Premier Checking Monthly Service Fee was waived because you kept an average beginning day balance of $15,000 or more in qualifying linked deposits, investments and credit cards, mortgage and other loans during the statement period.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1547 ^ | 04/19 | $3,000.00 |
| 1548 ^ | 05/05 | 100.00 |
| 1549 ^ | 05/10 | 357.53 |
| **Total Checks Paid** | | **$3,457.53** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $8,292.65 |
| 04/16 | | | |
| 04/16 | | | |
| 04/16 | | | |
| 04/16 | | | |
| 04/16 | | | |
| 04/16 | | | |




## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 04/16 | | | |
| 04/19 | | | |
| 04/19 | | | |
| 04/19 | | | |
| 04/19 | | | |
| 04/19 | | | |
| 04/19 | | | |
| 04/19 | | | |
| 04/19 | | | |
| 04/20 | | | |
| 04/20 | | | |
| 04/20 | | | |
| 04/20 | | | |
| 04/21 | | | |
| 04/21 | | | |
| 04/22 | | | |
| 04/22 | | | |
| 04/23 | | | |
| 04/23 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/27 | | | |
| 04/27 | | | |
| 04/27 | | | |
| 04/28 | | | |
| 04/28 | | | |
| 04/28 | | | |



## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 04/28 | | | |
| 04/28 | | | |
| 04/28 | | | |
| 04/28 | | | |
| 04/28 | | | |
| 04/29 | | | |
| 04/29 | | | |
| 04/29 | | | |
| 04/29 | | | |
| 04/29 | | | |
| 04/29 | | | |
| 04/29 | | | |
| 04/30 | | | |
| 04/30 | | | |
| 04/30 | | | |
| 04/30 | | | |
| 04/30 | | | |
| 04/30 | | | |
| 04/30 | | | |
| 05/03 | Card Purchase    04/30 Easy Stop Inc North Bend WA Card 3351 | -49.54 | 2,950.12 |
| 05/03 | Card Purchase 4645    04/30 Westlake Ace Hrdwr #153 North Bend WA Card | -151.49 | 2,798.63 |
| 05/03 | Card Purchase 4645    05/01 North Bend Bar And Gril North Bend WA Card | -32.14 | 2,766.49 |
| 05/03 | Card Purchase Card 3351    05/01 Www.Iscgun* Isc Gunn Www.Iscgunner WA | -25.00 | 2,741.49 |
| 05/03 | Card Purchase With Pin   05/02 Qfc #5829 460 E North North Bend WA Card 4645 | -47.35 | 2,694.14 |
| 05/03 | Card Purchase 4645    05/02 Playstation Network 800-345-7669 CA Card | -4.99 | 2,689.15 |
| 05/03 | 05/03 Online Transfer To  Mma ...0913 Transaction#: 11647633572 | -25.00 | 2,664.15 |
| 05/04 | Card Purchase Card 3351    05/04 Amzn Mktp US*2L4065T Amzn.Com/Bill WA | -27.10 | 2,637.05 |
| 05/04 | Card Purchase 3351    05/04 Audible*Nu4lq81V3 Amzn.Com/Bill NJ Card | -16.30 | 2,620.75 |
| 05/04 | Card Purchase With Pin   05/04 Chevron/Panjab Pacific Pacific WA Card 4645 | -15.54 | 2,605.21 |
| 05/04 | Card Purchase With Pin   05/04 Shell Service Station Issaquah WA Card 4645 | -7.83 | 2,597.38 |
| 05/05 | Kelly R Garwood  Dd:90665      PPD ID: 9201649084 | **398.08** | 2,995.46 |
| 05/05 | Card Purchase    05/04 Scott's Dairy Freeze North Bend WA Card 4645 | -73.92 | 2,921.54 |
| 05/05 | Check     # 1548 | -100.00 | 2,821.54 |


## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|-------:|--------:|
| 05/06 | Card Purchase 4645 | 05/04 Pour House Bar And Gril North Bend WA Card | -8.00 | 2,813.54 |
| 05/06 | Card Purchase 4645 | 05/05 Playstation Network 800-345-7669 CA Card | -3.99 | 2,809.55 |
| 05/06 | Card Purchase 4645 | 05/05 Playstation Network 800-345-7669 CA Card | -4.99 | 2,804.56 |
| 05/06 | Card Purchase | 05/05 Easy Stop Inc North Bend WA Card 3351 | -44.00 | 2,760.56 |
| 05/07 | Creekside Dental Payroll | PPD ID: 1462800242 | **1,253.80** | 4,014.36 |
| 05/07 | Recurring Card Purchase 05/06 Apple.Com/Bill 866-712-7753 CA Card 4645 | | -5.44 | 4,008.92 |
| 05/07 | Recurring Card Purchase 05/07 Vzwrlss*Apocc Visw 800-922-0204 FL Card 4645 | | -327.57 | 3,681.35 |
| 05/07 | ATM Withdrawal | 05/07 712 Sw MT Si Blvd North Bend WA Card 4645 | -280.00 | 3,401.35 |
| 05/10 | Card Purchase 4645 | 05/09 Papa Murphy's WA157 Olo Olo.Com WA Card | -56.49 | 3,344.86 |
| 05/10 | 05/10 Online Transfer To Mma ...0913 Transaction#: 11697481163 | | -25.00 | 3,319.86 |
| 05/10 | Check | # 1549 | -357.53 | 2,962.33 |
| 05/11 | Card Purchase 4645 | 05/10 Playstation Network 800-345-7669 CA Card | -9.99 | 2,952.34 |
| 05/11 | Card Purchase 4645 | 05/11 North Bend Bar And Gril North Bend WA Card | -132.53 | 2,819.81 |
| 05/12 | Remote Online Deposit | 1 | **1,856.75** | 4,676.56 |
| 05/12 | Recurring Card Purchase 05/11 Apple.Com/Bill 866-712-7753 CA Card 4645 | | -6.53 | 4,670.03 |
| 05/12 | Card Purchase | 05/11 Easy Stop Inc North Bend WA Card 3351 | -48.74 | 4,621.29 |
| 05/13 | Recurring Card Purchase 05/12 Amazon Prime*2L7Go8M Amzn.Com/Bill WA Card 4645 | | -14.12 | 4,607.17 |
| 05/13 | Card Purchase Card 3351 | 05/12 Www.Iscgun* Isc Gunn Www.Iscgunner WA | -1,000.00 | 3,607.17 |
| 05/14 | Creekside Dental Payroll | PPD ID: 1462800242 | **1,207.40** | 4,814.57 |
| 05/14 | Card Purchase 4645 | 05/13 Www.Iscgun* Isc Gunn Www.Iscgunner WA | -61.80 | 4,752.77 |
| 05/17 | Remote Online Deposit | 1 | **3,500.00** | 8,252.77 |
| 05/17 | Card Purchase 3351 | 05/15 Paypal *Photobyjoy 402-935-7733 WA Card | -49.00 | 8,203.77 |
| 05/17 | Card Purchase Card 3351 | 05/14 Www.Snvysa.Org* Snvy Www.Snvysa.OR WA | -20.00 | 8,183.77 |
| 05/17 | Card Purchase | 05/15 Apple.Com/Bill 866-712-7753 CA Card 4645 | -3.25 | 8,180.52 |
| 05/17 | Recurring Card Purchase 05/15 Netflix.Com Netflix.Com CA Card 4645 | | -19.61 | 8,160.91 |
| 05/17 | Card Purchase With Pin 05/15 The Home Depot #4704 Issaquah WA Card 4645 | | -30.45 | 8,130.46 |
| 05/17 | Card Purchase W/Cash 05/15 Bartell Drug 17 North Bend WA Card 4645 Purchase $24.47 Cash Back $20.00 | | -44.47 | 8,085.99 |
| 05/17 | Venmo Payment 1013687336462 Web ID: 3264681992 | | -928.37 | 7,157.62 |
| 05/17 | 05/17 Online Transfer To Mma ...0913 Transaction#: 11744775481 | | -25.00 | 7,132.62 |
| 05/17 | Interest Payment | | **0.04** | 7,132.66 |
| | **Ending Balance** | | | **$7,132.66** |

## CHASE PLUS SAVINGS

BRETT S ROBERTS

BRITT G ROBERTS

Account Number  10913

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$5,157.00** |
| Deposits and Additions | 825.04 |
| Electronic Withdrawals | -5,100.00 |
| **Ending Balance** | **$882.04** |
| | |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.04 |
| Interest Paid Year-to-Date | $0.10 |

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,157.00** |
| 04/19 | | | |
| 04/26 | | | |
| 04/26 | | | |
| 04/28 | | | |
| 04/28 | | | |
| 05/03 | Online Transfer From  Chk ...6603 Transaction#: 11647633572 | **25.00** | 832.00 |
| 05/10 | Online Transfer From  Chk ...6603 Transaction#: 11697481163 | **25.00** | 857.00 |
| 05/17 | Online Transfer From  Chk ...6603 Transaction#: 11744775481 | **25.00** | 882.00 |
| 05/17 | Interest Payment | **0.04** | 882.04 |
| | **Ending Balance** | | **$882.04** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Checking account.



Primary Account      36603



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**


## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize or pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined or returned. We can cover your overdrafts in three different ways:

1. We have Standard Overdraft Practices that come with your account.
2. We offer Overdraft Protection through a link to a Chase savings account, which may be less expensive than our Standard Overdraft Practices. You can contact us to learn more.
3. We also offer Chase Debit Card Coverage, which allows you to choose how we treat your everyday debit card transactions, in addition to our Standard Overdraft Practices.

This notice explains our Standard Overdraft Practice and Chase Debit Card Coverage.

- **What are the Standard Overdraft Practices that come with my account?**
  We **do** authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions

- **What is Chase Debit Card Coverage?**
  We will only authorize and pay overdrafts in addition to our Standard Overdraft Practice for the following types of transactions if you specifically ask us to:
  - Everyday debit card transactions

- **What fees will I be charged if Chase pays my overdraft?**
  If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. If we return the item, we'll charge you a $34 Returned Item Fee.
  - We won't charge more than three Insufficient Funds or Returned Item fees per day, for a total of $102.
  - We won't charge an Insufficient Funds Fee if your account balance at the end of the business day is overdrawn by $5 or less, and we won't charge Insufficient Funds or Returned Item fees for item(s) that are $5 or less.
  - For Chase Sapphire<sup>SM</sup> Checking and Chase Private Client Checking<sup>SM</sup> accounts, we waive the Insufficient Funds and Returned Item fees if item(s) are presented or withdrawal request(s) are made against an account with insufficient funds on four or fewer business days during the current and prior 12 statement periods.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**
  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch. We accept operator relay calls.



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 18, 2021 through June 15, 2021
Primary Account: 6603

CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00068746 DRE 702 219 16721 NNNNNNNNNNN  1 000000000 11 0000

BRETT S ROBERTS
BRITT G ROBERTS
PO BOX 499
NORTH BEND WA 98045

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | 6603 | $7,132.66 | $5,425.35 |
| Chase Plus Savings | 0913 | 882.04 | 82.04 |
| Total | | **$8,014.70** | **$5,507.39** |

| | | | |
|---|---|---|---|
| **TOTAL  ASSETS** | | **$8,014.70** | **$5,507.39** |

## CHASE PREMIER CHECKING

BRETT S ROBERTS

BRITT G ROBERTS

Account Number                  36603

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$7,132.66** |
| Deposits and Additions | 10,550.98 |
| Checks Paid | -5,000.00 |
| ATM & Debit Card Withdrawals | -5,491.38 |
| Electronic Withdrawals | -1,766.91 |
| **Ending Balance** | **$5,425.35** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $0.31 |

Your account ending in 0913 is linked to this account for overdraft protection.

Good news!  Your Chase Premier Checking Monthly Service Fee was waived because you kept an average beginning day balance of $15,000 or more in qualifying linked deposits, investments and credit cards, mortgage and other loans during the statement period.

**CHASE** ⬡

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1550 ^ | 05/18 | $3,000.00 |
| 1551 ^ | 05/21 | 2,000.00 |
| **Total Checks Paid** | | **$5,000.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$7,132.66** |
| 05/18 | Card Purchase 4645 | 05/16 South Fork General Stor North Bend WA Card | -28.89 | 7,103.77 |
| 05/18 | Check | # 1550 | -3,000.00 | 4,103.77 |
| 05/18 | Card Purchase With Pin 05/18 Shell Service Station North Bend WA Card 4645 | | -85.00 | 4,018.77 |
| 05/18 | Card Purchase With Pin 05/18 Qfc #5829 460 E North Bend WA Card 4645 | | -16.26 | 4,002.51 |
| 05/19 | Kelly R Garwood Dd:90665 | PPD ID: 9201649084 | 254.72 | 4,257.23 |
| 05/19 | Card Purchase 4645 | 05/17 South Fork General Stor North Bend WA Card | -12.82 | 4,244.41 |
| 05/19 | Card Purchase 4645 | 05/18 Starbucks Store 13730 North Bend WA Card | -3.76 | 4,240.65 |
| 05/19 | Card Purchase 4645 | 05/18 Mount Si Golf Course - Snoqualmie WA Card | -8.50 | 4,232.15 |
| 05/19 | Card Purchase | 05/18 Easy Stop Inc North Bend WA Card 3351 | -43.88 | 4,188.27 |
| 05/19 | Card Purchase 4645 | 05/18 Teriyaki Town North Be North Bend WA Card | -72.59 | 4,115.68 |
| 05/19 | Card Purchase Card 3351 | 05/19 Prime Video*2L7Zd8Y50 888-802-3080 WA | -5.44 | 4,110.24 |
| 05/20 | Card Purchase 3351 | 05/18 Meadowbrook Urgent C North Bend WA Card | -187.85 | 3,922.39 |
| 05/20 | Recurring Card Purchase 05/20 Apple.Com/Bill 866-712-7753 CA Card 4645 | | -16.34 | 3,906.05 |
| 05/20 | Card Purchase With Pin 05/19 Qfc #5829 460 E North Bend WA Card 4645 | | -5.00 | 3,901.05 |
| 05/20 | Robinhood Funds 535445142 Web ID: 1464364776 | | -200.00 | 3,701.05 |
| 05/20 | Card Purchase With Pin 05/20 Nbg LLC North Bend WA Card 4645 | | -26.46 | 3,674.59 |
| 05/21 | Creekside Dental Payroll | PPD ID: 1462800242 | 1,278.21 | 4,952.80 |
| 05/21 | Card Purchase | 05/21 Sephora.Com 877-Sephora CA Card 3351 | -84.26 | 4,868.54 |
| 05/21 | Card Purchase 4645 | 05/20 Starbucks Store 13730 North Bend WA Card | -6.70 | 4,861.84 |
| 05/21 | Check | # 1551 | -2,000.00 | 2,861.84 |
| 05/24 | Card Purchase 4645 | 05/21 Westlake Ace Hrdwr #153 North Bend WA Card | -83.34 | 2,778.50 |
| 05/24 | Card Purchase | 05/21 Jersey Mikes 18024 North Bend WA Card 4645 | -14.38 | 2,764.12 |
| 05/24 | Card Purchase W/Cash 05/22 Safeway #1966 Kent WA Card 4645 Purchase $36.51 Cash Back $100.00 | | -136.51 | 2,627.61 |
| 05/24 | Card Purchase With Pin 05/22 Safeway #1528 North Bend WA Card 3351 | | -107.19 | 2,520.42 |
| 05/24 | Card Purchase | 05/24 Uber Trip Help.Uber.Com CA Card 3351 | -61.77 | 2,458.65 |
| 05/24 | Card Purchase | 05/23 Easy Stop Inc North Bend WA Card 3351 | -45.15 | 2,413.50 |


## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/24 | Card Purchase With Pin  05/23 Qfc #5829 460 E North North Bend WA Card 4645 | -3.69 | 2,409.81 |
| 05/24 | 05/24 Online Transfer To  Mma ...0913 Transaction#: 11790764806 | -25.00 | 2,384.81 |
| 05/25 | Card Purchase          05/24 Www.Snvysa.Org* Snvy Www.Snvysa.OR WA Card 3351 | -260.00 | 2,124.81 |
| 05/25 | Card Purchase          05/24 Puget Sound Energy IN 425-454-6363 WA Card 3351 | -152.88 | 1,971.93 |
| 05/25 | Card Purchase With Pin  05/25 Nbg LLC North Bend WA Card 4645 | -10.69 | 1,961.24 |
| 05/26 | Online Transfer From Mma ...0913 Transaction#: 11849216397 | 900.00 | 2,861.24 |
| 05/26 | Card Purchase          05/25 Amazon.Com*2R1Yk8P80 Amzn.Com/Bill WA Card 3351 | -11.25 | 2,849.99 |
| 05/26 | Card Purchase          05/25 Apple.Com/Bill 866-712-7753 CA Card 4645 | -1.08 | 2,848.91 |
| 05/26 | Recurring Card Purchase 05/25 Apple.Com/Bill 866-712-7753 CA Card 4645 | -2.99 | 2,845.92 |
| 05/26 | Card Purchase          05/25 Scott's Dairy Freeze Clover.Com WA Card 3351 | -70.74 | 2,775.18 |
| 05/27 | Card Purchase          05/26 Fema Nfip Flood Insur 406-257-7358 MT Card 4645 | -874.00 | 1,901.18 |
| 05/27 | Recurring Card Purchase 05/26 Sie*Playstationnetwor 877-971-7669 CA Card 4645 | -10.89 | 1,890.29 |
| 05/28 | Remote Online Deposit          1 | 1,952.50 | 3,842.79 |
| 05/28 | Creekside Dental Payroll          PPD ID: 1462800242 | 1,333.85 | 5,176.64 |
| 05/28 | Card Purchase          05/27 Fema Nfip Flood Insur 406-257-7358 MT Card 4645 | -1,241.00 | 3,935.64 |
| 05/28 | 05/28 Online Transfer To  Mma ...0913 Transaction#: 11834099684 | -25.00 | 3,910.64 |
| 05/28 | Recurring Card Purchase 05/28 Hlu*Hulu 89429588524 Hulu.Com/Bill CA Card 4645 | -6.59 | 3,904.05 |
| 06/01 | | | |
| 06/01 | | | |
| 06/01 | | | |
| 06/01 | | | |
| 06/01 | | | |
| 06/02 | | | |
| 06/02 | | | |
| 06/04 | | | |
| 06/04 | | | |
| 06/04 | | | |
| 06/07 | | | |
| 06/07 | | | |
| 06/07 | | | |
| 06/08 | | | |
| 06/10 | | | |
| 06/10 | | | |
| 06/10 | | | |
| 06/11 | | | |
| 06/11 | | | |




## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 06/14 | | | |
| 06/14 | | | |
| 06/14 | | | |
| 06/14 | | | |
| 06/14 | | | |
| 06/14 | | | |
| 06/14 | | | |
| 06/15 | | | |
| 06/15 | | | |
| 06/15 | | | |

## CHASE PLUS SAVINGS

BRETT S ROBERTS

BRITT G ROBERTS

Account Number     0913

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$882.04** |
| Deposits and Additions | 100.00 |
| Electronic Withdrawals | -900.00 |
| **Ending Balance** | **$82.04** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.10 |

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$882.04** |
| 05/24 | Online Transfer From Chk ...6603 Transaction#: 11790764806 | **25.00** | 907.04 |
| 05/26 | 05/26 Online Transfer To Chk ...6603 Transaction#: 11849216397 | -900.00 | 7.04 |
| 05/28 | Online Transfer From Chk ...6603 Transaction#: 11834099684 | **25.00** | 32.04 |
| 06/07 | | | |
| 06/14 | | | |
| | Ending Balance | | $82.04 |



You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Checking account.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank